```
                 IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEW JERSEY
                           CAMDEN VICINAGE
```

| | |
|---|---|
| ROBERT BASS,<br><br>        Plaintiff,<br><br>    v.<br><br>THE HONICKMAN GROUP, d/b/a<br>Beverage Distribution Center,<br>Inc., also d/b/a Pepsi-Cola<br>and National Brand Beverages,<br>LTD, et al.,<br><br>        Defendants. | Civil No. 11-3072 (RMB/AMD) |
| VAN LUDWICK,<br><br>        Plaintiff,<br><br>    v.<br><br>THE HONICKMAN GROUP, d/b/a<br>Beverage Distribution Center,<br>Inc., also d/b/a Pepsi-Cola<br>and National Brand Beverages,<br>LTD, et al.,<br><br>        Defendants. | Civil No. 11-3100 (NLH/AMD) |
| SCOTT WALTER,<br><br>        Plaintiff,<br><br>    v.<br><br>THE HONICKMAN GROUP, d/b/a<br>Beverage Distribution Center,<br>Inc., also d/b/a Pepsi-Cola<br>and National Brand Beverages,<br>LTD, et al.,<br><br>        Defendants. | Civil No. 11-3101 (JHR/AMD) |

**ORDER ON INFORMAL APPLICATION FOR CONSOLIDATION**
**FOR DISCOVERY PURPOSES ONLY**

THIS MATTER having come before the Court during an initial scheduling conference on August 24, 2011, and upon an informal joint application by the parties to consolidate the above matters for discovery purposes, pursuant to Federal Rule of Civil Procedure 42(a), and it appearing that the above-captioned matters involve common or similar allegations, and that the matters in Civil Nos. 11-3072, 11-3100, and 11-3101 should be consolidated for disposition in one proceeding <u>for discovery purposes only</u>.

IT IS this 24th day of August 2011, hereby

**ORDERED** that the matters in Civil Nos. 11-3072, 11-3100 and 11-3101 shall be, and hereby are, **CONSOLIDATED** <u>for discovery purposes only</u>.

<pre>
                                    s/ Ann Marie Donio
                                    ANN MARIE DONIO
                                    United States Magistrate Judge
</pre>

cc:   Hon. Renée Marie Bumb
      Hon. Noel L. Hillman
      Hon. Joseph H. Rodriguez